# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 6, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**APR 13 2015**

**Abel Acosta, Clerk**

Re:  Ali Yazdchi
     v. Texas
     No. 14-7087
     (Your No. PD-0007-13, PD-0008-13)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for rehearing is denied.

Sincerely,

Scott S. Harris, Clerk